# EXHIBIT G

Jesse Jane Lust Movie Info - DigitalPlayground    Page 1 of 2

(/home/)

**LOGIN (HTTP://MA.DIGITALPLAYGROUND.COM/ACCESS/LOGIN/)**

**JOIN NOW! (/NATS/JOIN/LDMA/?TRACKEVENT=DP:TOUR:MOVIESINFO:LINK HEADER JOIN - SCENEID=213)**

(https://www.facebook.com/DigitalPlayground)    Advanced Search  Subm

(http://twitter.com/dpxxx) | (/HOME/) | VIDEOS (/VIDEOS/) | SERIES (/SERIES/) | MOVIES (/MOVIES/) | GIRLS (/MODELS/) | BTS (/BTS/) | TAGS (/TAGS/)

STORE (HTTP://DIGITALPLAYGROUND.ADULTDVDEMPIRE.COM/)

(https://www.youtube.com/channel/UCN_irFdr86X0jP9LzvVxYGg)

(http://www.flickr.com/photos/digitalplaygroundxxx/)

**Jesse Jane Lust**

(http://dpxx.tumblr.com/)
Info (/Movies/Info/213/Jesse-Jane-Lust/)    Trailer (/Movies/Trailer/5239/Jesse-Jane-Lust/)
Full Movie (/Nats/Join/Ldma/?Trackevent=DP:TOUR:MOVIESINFO:LINK Full Movie Tab - Sceneid=213)

(http://pinterest.com/dpxxx/)
Scenes (/Nats/Join/Ldma/?Trackevent=DP:TOUR:MOVIESINFO:LINK Scenes Tab - Sceneid=213)
Galleries (/Nats/Join/Ldma/?Trackevent=DP:TOUR:MOVIESINFO:LINK Galleries Tab - Sceneid=213)
BTS (/Nats/Join/Ldma/?Trackevent=DP:TOUR:MOVIESINFO:LINK BTS Tab - Sceneid=213)

(http://instagram.com/DigitalPlayground)

Release Date: **05-12-2008**  Runtime: **1h 37 min**

(http://stash.xxx/digitalplayground)    Starring:

close





REDACTED   REDACTED   REDACTED

(/model/2346/bree-olson/)   (/model/1479/jesse-jane/)   (/model/2327/kimberly-   (/model/1808/nikki-benz/)
Bree Olson (/...    Jesse Jane® (/...    Kimberly Kole...    Nikki Benz (/...
(/nats/join/ldma?    (/nats/join/ldma/?    (/nats/join/ldma/?    (/nats/join/ldma/?
trackevent=DP:TOUR:MOVIESINFO:LINK TOUR:MOVIESINFO:LINK TOUR:MOVIESINFO:LINK TOUR:MOVIESINFO:LINK TOUR:

Synopsis:

Enjoy Digital Playground contract stars Jesse Jane® and Stoya in LUST, a provocative, playful and passionate film by Celeste. Lust is an anthology of lushly sensual affairs, featuring Jesse Jane as lead seductress. These erotic breath taking beauties Lust for the Men they desire, they can't avoid sinning when it feels so good. Each pursuit is a mutual sexual lusting, colliding into explosive liaisons.

No tags available at the moment. Please check back soon.

**135** Likes
**20375** Views    Like (/nats/join/ldma/?trackevent=DP:TOUR:MOVIESINFO:LINK trailer Like button - sceneid=213)

Add To Favorites (/nats/join/ldma/)

Comments (/nats/join/ldma/?trackevent=DP:TOUR:MOVIESINFO:LINK trailer Comments button - sceneid=213)

Watch Full Movie (/nats/join/ldma/?trackevent=DP:TOUR:MOVIESINFO:LINK trailer Watch Full Movie button - sceneid=213)

Buy Blu-ray/DVD (http://digitalplayground.adultdvdempire.com/dpSearch?q=Jesse Jane Lust)

Scenes From This Movie    (/)
Crystal Clear HD Movies and Scenes, Exclusive Girls,    (/nats/join/ldma/?    (/)
Regular Updates, and Live Cam Feeds Just a Click Away!



(https://www.facebook.com/DigitalPlayground)

(http://twitter.com/dpxxx)

(https://www.youtube.com/channel/UCN_irFdr86X0jP9LzvVxYGg)

(http://www.flickr.com/photos/digitalplaygroundxxx/)

(http://dpxxxonline.tumblr.com)

(http://pinterest.com/DPXXX/)

(http://instagram.com/DigitalPlayground)

(http://statigr.am/digitalplayground)

Crystal Clear HD Movies and Scenes, Exclusive Girls, Regular Updates, and Live Cam Feeds Just a Click Away!

(/nats/join/ldma/?trackevent=DP:TOUR:MOVIESINFO:LINK cta join now - sceneid=213)

All Ages appearing on this website are 18 years or older.
Click here for records required pursuant to 18 U.S.C. 2257 Record Keeping Requirements Compliance Statement (/docs/usc/).

close   Terms & Conditions (http://dpincsupport.com/corp/terms) | Porn Directory (/porn-directory-sitemap/) | Privacy Policy (/docs/pp/) | Support (http://dpincsupport.com) | DMCA Agent (/docs/dmca/) | Affiliate Program (http://www.digitalplaygroundcash.com/) | Mobile Version (/#mobile)
Please visit WTS (http://www.achdebit.com/membership.php) | Epoch (https://epoch.com/en/index.html) | Webbilling (http://www.webbilling.com/support.html) | Segpay (https://segpaycs.com/spsolo.aspx), our authorized sales agents.
Please visit Vendo (http://vendosupport.com/) our authorized reseller

(http://www.probiller.com/)

MG Billing US Corp, 1209 Orange Street, Wilmington, DE- 19801, USA
MG Billing Ireland Limited,77 Sir John Rogerson's Quay, Suite 105, Dublin2, Ireland.

(/home/)
Digitalplayground.com
©Copyright 2015
MG Content DP Limited
Trademarks
Licensing IP International S.à.r.l

http://www.digitalplayground.com/movies/info/213/jesse-jane-lust/                 8/7/2015