# EXHIBIT H

SugarDVD.com - Jesse Jane: Lust (Blu-Ray Version) - Adult DVDs, Buy Porn Movies        Page 1 of 2

DVD RENTALS        UNLIMITED        PAY PER MINUTE        NEW DVDS        SEX TOYS
+ Unlimited Streaming   Streaming      or Download To Own    & Blu-Ray       & Lubes

Movie Title

## Jesse Jane: Lust (Blu-Ray Version)

Digital Playground | 2007



| DVD | |
|---|---|
| New On Sale | $24.02  ~~$36.95~~ |
| Rental | Not Available |

| VIDEO ON DEMAND | |
|---|---|
| Pay Per Minute | Not Available |
| À la carte  For PC & Mac | Not Available |
| Download To Own  High Quality WMV File | Not Available |

Be the first to review this movie!

Not Yet Rated

You might also enjoy...



http://www.sugardvd.com/browse/dvd/details/193406/jesse_jane_lust_blu_ray_version.ht...   7/30/2015

SugarDVD.com - Jesse Jane: Lust (Blu-Ray Version) - Adult DVDs, Buy Porn Movies       Page 2 of 2



## MEMBER REVIEWS

Be the first to review this movie!

## PRODUCT INFORMATION

**Synopsis:**

Note: This is a Blu-Ray disc; it will not work in a standard DVD player. Lust is an anthology of lushly sensual affairs, featuring Jesse Jane as lead seductress. These erotic breath taking beauties Lust for the men they desire, they can't avoid sinning when it feels so good. Each pursuit is a mutual sexual lusting, colliding into explosive liaisons.

| | |
|---|---|
| **Running Time:** | 96 minutes |
| **Release Year:** | 2007 |
| **Added on:** | Nov 8th, 2010 |
| **Categories:** | REDACTED Ray |
| **Directed By:** | Celeste |
| **Features:** | Behind The Scenes, Chapter Menus, Dolby Digital 5.1 Surround Sound, No Regional Coding, Photo Gallery, Shot in High Definition, Trailers, Widescreen |
| **Starring:** | Ben English, Bree Olson, Charles Dera, Jesse Jane, Kimberly Kole, Marco Banderas, Nikki Benz, Stoya, Tony De Sergio |

---

**18 U.S.C. § 2257 Record Keeping Requirements Compliance Statement**

**All material herein ©2001-2015**
All trademarks and copyrights on this site are property of their respective owners. No material on this site may be reproduced in any way, shape, or form without the express written permission of the [REDACTED] management. All rights reserved.

| | | |
|---|---|---|
| ABOUT US | AFFILIATES | HELP |
| SUGGESTIONS | TERMS AND CONDITIONS | NEWS |
| GIFT CERTIFICATES | PRIVACY POLICY | CONTACT |

http://www.sugardvd.com/browse/dvd/details/193406/jesse_jane_lust_blu_ray_version.ht...       7/30/2015