# EXHIBIT I

| Disc | Count | Mean | Standard Deviation | Standard Error of Mean | Maximum | Minimum | Range | Parameter |
|---|---|---|---|---|---|---|---|---|
| All measurements are in nanometers (nm). | | | | | | | | |
| GHD7 | 8 | 319.95 | 4.20 | 1.49 | 325.07 | 312.14 | 12.93 | Pitch |
| GHD7 | 47 | 42.73 | 3.34 | 0.49 | 50.92 | 37.92 | 13.00 | Pit Depth |
| GHD7 | 47 | 138.00 | 6.90 | 1.01 | 152.42 | 125.52 | 26.90 | Pit Width |
| GHD7 | 6 | 108.75 | 7.06 | 2.88 | 121.95 | 101.91 | 20.04 | Land Width at 95% |

**Height Image (top view)**



Perspective view



Track Pitch



## Interrupted Groove Depth



## Pit Width



## Land Width at 95% (on average height profile)



