# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MAX BLU TECHNOLOGIES, LLC, | § § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 2:15-cv-1369-JRG |
| CINEDIGM CORP., | § § | **LEAD CASE** |
| Defendant. | § § § | |
| MAX BLU TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:15-cv-01412-JRG |
| v. | § § | **CONSOLIDATED CASE** |
| FINEM, INC., MG BILLING US CORP., MG D.P. CORP., and MINDGEEK USA INCORPORATED, | § § § § | |
| Defendants. | § § | |

### ORDER OF DISMISSAL WITH PREJUDICE:
### CASE NO. 2:15-cv-01412-JRG (FINEM, INC.)

In consideration of the Motion for Dismissal of all claims with prejudice between Plaintiff Max Blu Technologies, LLC and Defendant Finem, Inc. (hereinafter, "Finem"), (Dkt. No. 41) the Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant Finem are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "COVENANT NOT TO SUE AGREEMENT" dated December 2, 2015.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 16th day of December, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE